Case 4:15-cv-01030   Document 79   Filed in TXSD on 06/09/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 09, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA KEITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-15-1030 |
| METROPOLITAN LIFE INSURANCE COMPANY, CENTRAL BANK, and CENTRAL BANK WELFARE BENEFIT PLAN, | § § § § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order entered this date, the court **ORDERS** and **ADJUDGES** that plaintiff Linda Keith take nothing from Metropolitan Life Insurance Company, Central Bank, or the Central Bank Welfare Plan.

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 9th day of June, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE